JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS V. HERNANDEZ, | No. CV 10-9392-JFW (AGR) |
|     Petitioner, | |
|     v. | JUDGMENT |
| KEN CLARK, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 17, 2013

_____
JOHN F. WALTER
United States District Judge